Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Melinda Cantrall, State Bar No. 198717
E-Mail: mcantrall@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES (erroneously sued as "LOS ANGELES COUNTY"), JACKIE LACEY, and CRAIG HUM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LATISHA NIXON as Successor in Interest of GEMMEL MOORE, Deceased; and LATISHA NIXON, Individually,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BUCK; LOS ANGELES COUNTY; JACKIE LACEY, as Los Angeles County District Attorney; CRAIG HUM, as Los Angeles County Assistant Head Deputy District Attorney; and DOES 1 through 20, inclusive,<br><br>Defendants. | STATE CASE NO. 19STCV06782<br>[Exempt Pursuant to *Gov't Code* §6103]<br><br>FEDERAL CASE NO.<br><br>**NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 AND 1446 ON BEHALF OF DEFENDANTS COUNTY OF LOS ANGELES, JACKIE LACEY, AND CRAIG HUM; DECLARATION OF FARID A. SHARABY**<br><br>[STATE: Assigned to Hon. Georgina T. Rizk, Department "2"<br>Case Filed: 02/27/19] |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE that defendants COUNTY OF LOS ANGELES, JACKIE LACEY, and CRAIG HUM (collectively "the County defendants") hereby remove this action from the Superior Court of the County of Los Angeles, Central District to the United States District Court, Central District of California. County defendants effect this removal pursuant to 28 U.S.C. §§ 1441 and 1446 on the following factual bases:

1.On February 27, 2019, plaintiff LATISHA NIXON, individually and as successor in interest of decedent GEMMEL MOORE, ("plaintiff") filed a Complaint in the Superior Court of California, County of Los Angeles, Central District in the action entitled *Latisha Nixon v. Edward Buck, et al.*, Case No. 19STCV06782. Declaration of Farid A. Sharaby ("Decl. Sharaby"), ¶ 3. The Summons and Complaint are attached as Exhibit "A" to the Declaration of Farid A. Sharaby.

2.Plaintiff served the Summons and Complaint on the County defendants on April 29, 2019. Decl. Sharaby, ¶ 4.

3.In the Complaint, plaintiff brings two federal civil rights claims pursuant to 42 U.S.C. §§ 1981 and 1985(3) against the County defendants claiming violations of plaintiff's rights under the Fourteenth Amendment of the United States Constitution against all defendants. Decl. Sharaby, ¶ 5; Exh. "A." Thus, this is a federal civil rights action over which this Court has original jurisdiction as to all defendants. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Accordingly, the County defendants have the right to remove this case to this Court. *See* 28 U.S.C. § 1441(a) ("…any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants…"); 28 U.S.C. § 1446 (setting forth procedures for removal).

4.In the Complaint, plaintiff also brings state law causes of action for wrongful death and survival action, sexual battery, assault, battery, hate violence, drug dealer liability, negligence *per se*, negligence (premises liability), and intentional infliction of emotional distress. Decl. Sharaby, ¶ 6; Exh. "A." All of plaintiff's causes of action brought under federal and state law arise from the same factual allegations: Defendant EDWARD BUCK injected decedent GEMMEL MOORE with crystal methamphetamine which led to the decedent's death, and the County defendants declined to file criminal charges against defendant EDWARD

BUCK. Decl. Sharaby, ¶ 7; Exh. "A." When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims, but all pendent state claims which derive "from a common nucleus of operative fact." *United Mine Workers v. Gibbs*, 383 US 715, 725 (1966); *see also* 28 U.S.C. §§ 1367(a) and 1441(c).

5. On May 13, 2019, counsel for the County defendants obtained defendant EDWARD BUCK's consent to remove this case to federal court. Decl. Sharaby, ¶ 8.

6. Venue is proper in this Court as the alleged wrongful conduct occurred in the County of Los Angeles and the named defendants reside therein. 28 U.S.C. §§ 84(c)(2), 1391, 1446.

7. This Notice of Removal is being filed with this Court less than 30 days after plaintiff served the County defendants with the Summons and Complaint, which service was made on April 29, 2019. Decl. Sharaby, ¶ 9.

8. This Notice of Removal is being contemporaneously filed in this Court as well as the Superior Court of California, County of Los Angeles, Central District. Decl. Sharaby, ¶ 10.

DATED: May 28, 2019    HURRELL CANTRALL LLP

By: */S/ - Farid A. Sharaby*
THOMAS C. HURRELL
MELINDA CANTRALL
FARID A. SHARABY
Attorneys for Defendants, COUNTY OF LOS ANGELES, JACKIE LACEY, and CRAIG HUM

**DECLARATION OF FARID A. SHARABY**

I, Farid A. Sharaby, declare:

1. I am an attorney duly licensed to practice before this Court and am a partner of Hurrell Cantrall LLP, attorneys of record for COUNTY OF LOS ANGELES, JACKIE LACEY, and CRAIG HUM (collectively "the County defendants") herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. I make this declaration in support of Notice of Removal and Removal of Action Under 28 U.S.C. §§ 1441 and 1446 on Behalf of Defendants County of Los Angeles, Jackie Lacey, and Craig Hum.

3. On February 27, 2019, plaintiff LATISHA NIXON, individually and as successor in interest of decedent GEMMEL MOORE, ("plaintiff") filed a Complaint in the Superior Court of California, County of Los Angeles, Central District in the action entitled *Latisha Nixon v. Edward Buck, et al.*, Case No. 19STCV06782. The Summons and Complaint are attached hereto as Exhibit "A."

4. Plaintiff served the Summons and Complaint on the County defendants on April 29, 2019.

5. In the Complaint, plaintiff brings two federal civil rights claims pursuant to 42 U.S.C. §§ 1981 and 1985(3) against the County defendants claiming violations of plaintiff's rights under the Fourteenth Amendment of the United States Constitution against all defendants.

6. In the Complaint, plaintiff also brings state law causes of action for wrongful death and survival action, sexual battery, assault, battery, hate violence, drug dealer liability, negligence *per se*, negligence (premises liability), and intentional infliction of emotional distress.

7. All of plaintiff's causes of action brought under federal and state law arise from the same factual allegations: Defendant EDWARD BUCK injected decedent GEMMEL MOORE with crystal methamphetamine which led to the

-1-

decedent's death, and the County defendants declined to file criminal charges against defendant EDWARD BUCK.

8. On May 13, 2019, I spoke with defendant EDWARD BUCK's attorney, Seymour I. Amster, and asked whether defendant EDWARD BUCK would consent to remove this case to federal court. Mr. Amster stated that his client would consent to this case being removed to federal court.

9. This Notice of Removal is being filed with this Court less than 30 days after plaintiff served the County defendants with the Summons and Complaint, which service was made on April 29, 2019.

10. This Notice of Removal is being contemporaneously filed in this Court as well as the Superior Court of California, County of Los Angeles, Central District.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2019, at Los Angeles, California.

_____
Farid A. Sharaby

-2-