**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LATISHA NIXON,

              Plaintiff,

      v.

EDWARD BUCK,

              Defendant.

Case No. 2:19-cv-04610 WLH-DSR

**JUDGMENT**

-1-

Pursuant to the jury verdict returned on March 4, 2026, and the Court's Order denying Defendant's Motion for New Trial entered on May 7, 2026, **IT IS HEREBY ORDERED, ADJUGED, AND DECREED**:

1.    Judgment is entered in favor of Plaintiff LaTisha Nixon and against Defendant Edward Buck;

2.    Plaintiff shall recover damages from Defendant in the amount of two million dollars ($2,000,000.00);

3.    Plaintiff shall recover post-judgment interest pursuant to Section 1961 of Title 28 of the United States Code;

4.    Plaintiff may recover costs in accordance with applicable law.

**IT IS SO ORDERED.**

Dated: May 12, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-2-